# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Quincy Bioscience, LLC

                          Plaintiff,

v.                                               Case No.: 1:17−cv−02541
                                                     Honorable John Robert Blakey

Super Depot, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 17, 2017:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 8/17/2017. Defense counsel failed to appear and failed to notify Chambers of any scheduling conflicts. Plaintiff's motion for default judgment [27] is denied without prejudice. Status hearing set for 9/19/2017 at 9:45 a.m. in Courtroom 1725. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.