IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| QUINCY BIOSCIENCE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ADVANCED VITES, SUPER DEPOT, REINO INDUSTRIES, INC., and JAKOB TYLER REINHOLD,<br><br>    Defendants. | Case No. 1:17-cv-2541 |

## **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Quincy Bioscience, LLC herein provides notice of its dismissal of the present civil action with prejudice. This dismissal is the result of the settlement of this litigation wherein Defendant Super Depot has agreed to pay Plaintiff a sum of twenty thousand dollars in consideration for the dismissal of this litigation. Voluntary dismissal is appropriate because no defendant has served an answer or motion for summary judgment. All remaining named defendants have been previously dismissed. Dkt. Nos. 21, 26.

This 15th day of March, 2017.

Respectfully submitted,

By: */s/ Sanjay S. Karnik*
Jonathan J. Krit
Illinois Reg. No. 6201473
Sanjay S. Karnik
Illinois Reg. No. 6300156
AMIN TALATI UPADHYE, LLP
100 S. Wacker Dr., Suite 2000
Chicago, IL 60606
Telephone: (312) 327-3328
Facsimile: (312) 884-7352

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of March, 2018, I filed the foregoing NOTICE OF VOLUNTARY DISMISSAL using the CM/ECF system and individually served the Defendants via next day FedEx at the following address:

SUPER DEPOT
137-09 132nd Ave.
Jamaica, New York 11436

*/s/ Sanjay S. Karnik*